UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------- x
DREW CASSEUS,

               Plaintiff,

      -against-

THOMAS GRIFFIN,

              Defendant.
-------------------------------------------------- x

MEMORANDUM & ORDER

16 Civ. 728 (ENV)

VITALIANO, D.J.

I am recused.

So Ordered.

Dated: Brooklyn, New York
       April 26, 2016

                            /s/ USDJ ERIC N. VITALIANO
                            ERIC N. VITALIANO
                            United States District Judge